**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,            )<br>                  Plaintiff,             )<br>                                       )<br>vs.                                    )<br>                                       )<br>Edgar San Agustin-Aguirre,             )<br>                                       )<br>                  Defendant.           )<br>_____) | No. 08-3306M<br><br>**ORDER** |

     This Court has received and considered Defendant's Motion to Extend Time To Indict (Doc. #12). The Motion will be denied for failing to comply with the requirements of 18 U.S.C. § 3161(h)(8)(A) and (B) to obtain an extension of time to indict. *See United States v. Ramirez-Cortez*, 213 F.3d 1149 (9th Cir. 2000).

     DATED this 6th day of August, 2008.

_____
David K. Duncan
United States Magistrate Judge